```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------

**HENRY TUCKER,**

                        **Plaintiff,**

      - against -

**DEERE & COMPANY,**

                        **Defendant.**

                        **23-cv-9641 (JGK)**

                        <u>**ORDER**</u>

-----------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **April 30, 2024** at **2:30 p.m.**

    The dial-in information will be provided prior to the conference.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **March 6, 2024**

                                      /s/ John G. Koeltl
                                      **John G. Koeltl**
                            **United States District Judge**